UNITED STATES DISTRICT COURT
OF
NEW JERSEY

| | |
|---|---|
| LARRY WAYNE AIKEN (Plaintiff) -V- Federal Bureau of Prisons (Defendant) | CASE No. _____ 42 U.S.C. § 1983 (Bivens) Under 28 U.S.C. § 1346(b) (Federal Tort Claims Act) |

## Parties to Tort Claim

LARRY WAYNE AIKEN
Reg. No. 20329-017
FCI FORT DIX            -V- FEDERAL BUREAU OF PRISONS
P.O. Box 2000
JOINT BASE MDL, NJ 08640

JAN 15 2020

## STATEMENT OF CLAIM(S) & FACTS

On Saturday May 18, 2019, I twisted my ankle because of a hole in the floor that had been there for years.

Staff members of FCI Fort Dix, Facilities, and of Housing Unit 5802 knew the hole(s) were in the foyer as a result of removal of a sub wall.

Medical staff did nothing more than give me an ACE bandage and Ibuprofen.

I

On Saturday, May 18th, apprx 10:30-11:00 AM, I was walking to the mailbox in the entrance of 5802. I stepped into a hole in the floor that is the result of the BOP removing a sub-wall. It's been there for the last 3-4 years that I've done time.

My stepping into the hole resulted in a twisted ankle. I went to medical the same day, Saturday, and was given a ACE bandage and Ibuprofen 400mg. Was told if my ankle got worse, to come back to Medical.

On Monday, May 20th, I went back to Medical because my ankle and foot was very swollen, even after putting ice packs on it, and was still very sore. After waiting 4-5 hours after I gave medical staff my ID card, I was told I had to come back the next day for Sick Call. At this point, I had been walking on a potentially broken ankle for 2½ days.

At sick call on Tuesday, the 21st, my foot/ankle was manipulated by hand and was told nothing was broken. I was given another 4 day supply of Ibuprofen 400. (4 days worth /2 pills a day)

To this date, Tuesday, the 28th, my ankle is still sore and tender. There have been no X-Rays taken, so I'm still walking on a potentially broken ankle.

II

## ELEMENTS of CLAIM

Please refer to Exhibits A-C As for the "facts" and claims made by Mr. D. Howard, Regional Counsel, he has the dates all wrong, and I checked the 'Callouts' every day, and I was not scheduled for a Medical visit on June 11th.

---

## INJURIES

As a result of not recieving proper medical attention/care in a timely manner, my right ankle still hurts and I have to be careful when walking because if I misstep in any way, my ankle swells up and throbs. I believe that when I twisted my ankle on May 18th, it done more damage than just being 'turned'.

---

## RELIEF

Seeing as my ankle is still not been properly taken care of, nor has it, I believe, healed properly, I'm asking for the sum of $15,000.$^{\underline{00}}$ for pain and suffering.

---

## CERTIFICATION and CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: 1) is not presented for an improper purpose, such as to harass, Cause unnecessary delay or needlessly increase the cost of litigation;

III

Case 1:20-cv-00600-KMW-MJS   Document 1   Filed 01/15/20   Page 4 of 8 PageID: 4

CERTIFICATION and CLOSING
CONTINUED

2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reverse existing law; 3) the factual contentions have evidentiary support after a resonable opportunity for further investigation or discovery; and 4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

On this 9th day of January 2020, I, LARRY W. AIKEN, do sign and date this Certification / Closing.

LARRY W. AIKEN
Reg. No. 20329-017
FCI FORT DIX
PO Box 2000
JOINT BASE MDL, NJ
08640

*Larry W. Aiken*
1/9/2020

IV

EXHIBIT A

On Saturday, May 18th, approx. 10:30-11:00 AM, I was walking to the mailbox in the entrance of 5802 I stepped into a hole in the floor that is the result of the BOP removing a sub-wall. It's been there for the last 3-4 years that I've done time.

My stepping into the hole resulted in a twisted ankle. I went to Medical the same day, Saturday, and was given an Ace bandage and Ibuprofen 400 mg. Was told if my ankle got worse, to come back to Medical.

On Monday, May 20th, I went back to Medical because my ankle and foot was very swollen, even after putting ice packs on it, and was still very sore. After waiting for 4½-5 hours after I gave medical staff my ID card, I was told I had to come back the next day for Sick Call. At this point, I had been walking on a potentially broken ankle, 2½ days.

At sick call on Tuesday, the 21st, my foot/ankle was manipulated by hand and I was told nothing was broken. I was given another 4 day supply of Ibuprofen 400 mg (4 days worth/2 pills a day)

To this date, Tuesday, the 28th my ankle is still sore and tender. There have been no X-Rays taken, So I'm still walking on a potentially broken ankle.

The amount is for Pain & Suffering, Mental Anguish/Anxiety, and loss of job.

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

November 29, 2019

Mr. Larry Aiken, Reg. No. 20329-017
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ  08640

   RE:  Administrative Claim No. TRT-NER-2019-04505

Dear Mr. Aiken:

   Administrative Claim No. TRT-NER-2019-04505, properly received in on May 30, 2019, has been accepted and considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30.  You seek $5,000.00 for a personal injury claim.  Specifically, you allege on May 18, 2019, you stepped in a hole in front of Building 5802 at FCI Fort Dix and twisted your ankle.  You stated staff have not provided you with adequate medical care.

   An investigation reveals on May 17, 2019, you were evaluated in Health Services for a complaint of right ankle pain due to you rolling your ankle.  During the evaluation, staff noted you did not appear to be in distress, no signs of a fracture and you were able to move the joint.  Your foot was wrapped, you were given a prescription for Ibuprofen and you were advised to return during sick call if your condition worsened.  On May 29, 2019, you reported to sick call triage for a complaint of ankle pain.  Records show you failed to show for your scheduled June 11, 2019, medical appointment.  There is no indication staff were informed about any issues with the floor before your alleged injury.  There is no evidence you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons employee.  Accordingly, your claim is denied.

   If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

           Sincerely,

           Darrin Howard
           Regional Counsel

cc:  David E. Ortiz, Warden, FCI Fort Dix

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number. Street. City. State and Zip code. <br> 20329 017 <br> Larry W Aiken <br> FCI Fort Dix <br> PO Box 2000 <br> Joint Base MDL, New Jersey 08640 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH <br> MAY 6, 1973 | 5. MARITAL STATUS <br> Single | 6. DATE AND DAY OF ACCIDENT <br> May 18, 2019 / Saturday | 7. Time (A.M. OR P.M.) <br> 10:45 AM |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please See Attached Statement

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Please See Attached

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY <br> $ 5000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). <br> $ 5000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). <br> Larry W Aiken  # 20329-017 | 13b. PHONE NUMBER OF PERSON SIGNING FORM <br> N/A | 14. DATE OF SIGNATURE <br> 5/28/19 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment or both. (See 18 U.S.C. 287, 1001.) <br> FEDERAL BUREAU OF PRISONS <br> REGIONAL COUNSEL OFFICE |

| Authorized for Local Reproduction <br> Previous Edition is not Usable <br> 95-109 | NSN 7540-00-634-4046 <br> MAY 3 0 2019 | STANDARD FORM 95 (REV. 2/2007) <br> PRESCRIBED BY DEPT. OF JUSTICE <br> 28 CFR 14.2 |
|---|---|---|

**APPROVED**


2020-01496  1 of 8   NERO-PHILADELPHIA



Larry W Aiken
FCI Fort Dix
PO Box 2000
Joint Base MDL, New Jersey 08640

RECEIVED
JAN 15 2020

LEGAL
MAIL

Clerk of Court
U.S. District Court
for New Jersey
P.O. Box 419
Newark, NJ 07101-0419

TRENTON NJ 085
10 JAN 2020 PM 5 L

07101-041919